**Order entered August 23, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00126-CV

## IN THE ESTATE OF ROBERT S. KAM, DECEASED

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-15-2286-3**

## ORDER

Before the Court is the July 20, 2016 "Response of Appellee to Motion of Appellant to Dismiss or to Abate Appeal and Objection to Request for Judicial Notice." Appellee's response is not to a motion filed by appellant. Rather, it is a response to appellant's reply brief. We construe appellee's response as a sur-reply brief. On the Court's own motion, we **DIRECT** the Clerk of this Court to file appellee's July 20, 2016 response as a sur-reply brief.

/s/    ELIZABETH LANG-MIERS
        JUSTICE